ORIGINAL

EAY_C.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00072 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| CARMELITA LEON GUERRERO EAY, ) | |
| Defendant, ) | |
| HABITAT FOR HUMANITY, ) | |
| Garnishee. ) | |

On or about July 8, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about July 11, 2006, our office confirmed with

//
//
//
//
//
//

1 | the garnishee that defendant is no longer employed with them as of April 14, 2006. Plaintiff
2 | respectfully requests that the Court terminate the Writ of Continuing Garnishment against
3 | Defendant CARMELITA LEON GUERRERO EAY.
4 | DATED this  12th  day of July, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney