# United States District Court

for

District of Guam

**FILED**
DISTRICT COURT OF GUAM
FEB -5 2007
MARY L.M. MORAN
CLERK OF COURT

### Report for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender | **Carmelita Leon Guerrero Eay** | Case Number: | **CR02-00072-001** |

Name of Sentencing Judicial Officer:     John S. Unpingco

Date of Original Sentence:     February 6, 2003

Original Offense:     Theft, Embezzlement and Misapplication of Bank Funds by Bank Employee, in violation of 18 U.S.C. § 656.

Original Sentence:     Sixteen months imprisonment and five years supervised release to follow. Special conditions ordered the defendant to participate in drug treatment and testing; submit to a mental health intake assessment and any recommended treatment; obtain and maintain lawful employment; pay $77,275.36 restitution; not incur any new credit charges or open additional lines of credit without the U.S. Probation Office's approval unless she is in compliance with the payment schedule; provide the U.S. Probation Office access to all financial information; perform 200 hours of community service; and pay a $100 special assessment fee. **Informational Violation Report filed on November 9, 2004. Conditions modified on November 17, 2006,** to require the defendant perform 100 hours of community service as a sanction for noncompliance.

Type of Supervision:     Supervised Release     Date Supervision Commenced:     April 2, 2004

---

## PETITIONING THE COURT

[ ]     To extend the term of supervision for     years, for a total term of     years.

[X]     To modify the conditions of supervision as follows:

1. The defendant shall participate in a mental health treatment program approved by the U.S. Probation Office and that the defendant make co-payment for treatment at a rate to be determined by the U.S. Probation Office.

2. The defendant shall pay restitution at a minimum monthly rate of $150.00 per month or at a rate determined by the U.S. Probation Office.

3. The defendant shall perform community service at a minimum rate of 24 hours per week or at the direction of the U.S. Probation Office.

**ORIGINAL**

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

{All noncompliance reported in the following report are in violation of 18 U.S.C. § 3583(d).}

On October 31, 2006, Carmelita Leon Guerrero Eay reported to the probation office as instructed for job search verification/assistance and to submit outstanding monthly supervision reports. She did not submit all reports and explained that her former employer had asked for additional time to provide her copies of her check stubs. Ms. Eay then stated that she had just been hired as a laborer for a local hotel under renovation, a job that was to begin on November 8, 2006. She agreed to report to the probation office on November 10, 2006 to provide specific employment information. Accordingly, on that date, arrangements would be made to resume restitution payments, verify employer notification, submit outstanding monthly supervision reports, and other compliance instruction.

Ms. Eay failed to report as instructed to the probation office on November 10, 2006, and for approximately one month thereafter, failed to report despite a home visit and telephonic messages left with family members made by this officer. On December 7, 2006, Ms. Eay contacted this officer and stated she had no valid explanation for her failure to report. She was admonished for her noncompliance, and instructed to make a restitution payment in December 2006. Furthermore, Ms. Eay was instructed to call the probation office weekly for continuing compliance verification/instruction.

On January 11, 2007, Ms. Eay reported for a compliance meeting at the probation office for failing to make the restitution payment in December 2006, and for failing to contact the probation office weekly as instructed above. Ms. Eay apologized for her continuing noncompliance, and stated that she meant the Court no disrespect. She related that during the past few months, she has been experiencing some depression and requested assistance in receiving mental health counseling. She expressed a strong desire to return to compliance and related that she wants to prove her responsibility to the Court. On January 22, 2007, Ms. Eay reported to the probation office and a more structured compliance plan was presented to her. She agreed to the compliance plan which included modifications of supervised release that would require her to participate in a mental health treatment program, to pay restitution at a minimum monthly rate of $150.00, and to perform community service at a minimum weekly rate of 24 hours. See attached Prob 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

This Officer respectfully requests that the Court modify conditions of supervised release as outlined above, pursuant to Title 18 U.S.C. § 3583(e)(2). Except as outlined above, Ms. Eay has complied with her conditions of supervised release. She maintains employment as an on-call laborer with National Technologies and her employer is supportive of her. Her progress will continue to be monitored and any further noncompliance will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 2/1/07

Respectfully submitted,

by: ROBERT I. CARREON
U.S. Probation Officer

Date: 2/1/07

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a:    ☐ Summons    ☐ Warrant

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

2/5/07
Date

RECEIVED
FEB - 1 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall participate in a mental health treatment program approved by the U.S. Probation Office and that the defendant make co-payment for treatment at a rate to be determined by the U.S. Probation Office.

2. The defendant shall pay restitution at a minimum monthly rate of $ 150.00 per month or at a rate determined by the U.S. Probation Office.

3. The defendant shall perform community service at a minimum rate of 24 hours per week or at the direction of the U.S. Probation Office.

Witness: ROBERT I. CARREON  
U.S. Probation Officer

Signed: CARMELITA LEON GUERRERO EAY  
Probationer or Supervised Releasee

1/22/07  
Date