RECEIVED
MAR 23 2007
US MARSHALS SERVICE-GUAM

AO 83 (Rev. 12/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

CARMELITA LEON GUERRERO EAY

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-02-00072-001

FILED
DISTRICT COURT OF GUAM
MAR 26 2007
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Thursday, March 29, 2007 at 9:00 a.m. |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __3583(d)__

Brief description of offense:

SEE PETITION AND ORDER FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION FILED SEPARATELY ON MARCH 22, 2007.

FILED
DISTRICT COURT OF GUAM
MAR 26 2007
MARY L.M. MORAN
CLERK OF COURT

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

March 23, 2007
Date

ORIGINAL

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 3/26/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS - Hagat, G~

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/26/07
       Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.