
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>CARMELITA LEON GUERRERO EAY )<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 02-00072-001<br><br>SUPPLEMENTAL DECLARATION<br>IN SUPPORT OF PETITION |

**Re:** Violations of Supervised Release Supplement to Declaration filed March 22, 2007.

I, U.S. Probation Officer Robert I. Carreon, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Carmelita Leon Guerrero Eay and in that capacity declare as follows:

Ms. Eay is alleged to have committed the following violations, which are all in violation of *18 U.S.C. § 3583(d)*.

**Standard Condition**: *The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.*

**Special Condition:** *The defendant shall obtain/maintain gainful employment.*

As contained in the violation report filed on March 22, 2007, Ms. Eay failed to report on several dates to the U.S. Probation Office as instructed for weekly compliance status/meetings and to submit proof of job search activity. On March 12, 2007, she reported outside of her appointment time without explanation and did not meet with the probation officer. On March 19, 2007, she failed to report to the U.S. Probation Office, and did not make any effort to submit an excuse. At a compliance meeting on March 26, 2007, Ms. Eay was unable to explain her missed appointments. In addition, her job search form submitted on March 26, 2007, reflects that she sought employment from only two companies in the past month. This is well below the requirement to submit six job applications per week. As such, she has not made satisfactory efforts to obtain employment.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Violations of Supervised Release Supplement to Declaration filed March 22, 2007
Re:   EAY, Carmelita Leon Guerrero
USDC Cr. Cs. No. 02-00072-001
Page 2

**Special Condition**: *The defendant shall perform 100 hours of community service at a minimum rate of 24 hours per week.*

As she is unemployed, Ms. Eay is required to perform community service on Tuesday through Friday each week. She is advised to call the probation officer to explain any missed days from this schedule. In addition to the "no shows" outlined in the violation report previously filed, Ms. Eay failed to perform community service on March 6, 8, 13, 15, 16, 20, 22, and 23, 2007. She left a voicemail message for this Officer on March 15, 2007, indicating that she did not perform community service this date because of heavy menstruation. A second message was left on March 22, 2007, explaining that she missed community service performance to obtain police clearance documents for job search requirements. At a compliance meeting on March 26, 2007, Ms. Eay offered no explanations for the "no shows" outlined above, nor why she failed to call this Officer to explain.

**Recommendation:** The above information is respectfully submitted to supplement the Declaration in Support of Petition filed on March 22, 2007, and for consideration at the Order to Show Cause Hearing set for March 29, 2007.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 29th day of March 2007, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Marivic P. David, AUSA
       John T. Gorman, Federal Public Defender
       File