# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00072                    DATE: March 29, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:38:29 - 9:49:40
CSO: B. Pereda / P. Taijeron

**APPEARANCES:**

Defendant:  Carmelita L.G. Eay                    Attorney:  John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David                  U.S. Agent:
U.S. Probation: Robert Carreon                   U.S. Marshal: T. Muna
Interpreter:                                     Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Defense counsel's oral motion to continue granted. Proceedings continued to: April 10, 2007 at 10:15 A.M.
- Defendant to remain released.

NOTES: