# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00072-001  DATE: April 10, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 8:53:40 - 9:02:45
CSO: B. Pereda

**APPEARANCES:**

Defendant: Carmelita L.G. Eay  Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Robert Carreon  U.S. Marshal: T. Muna / D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**
- Proceedings continued to: October 10, 2007 at 9:30 a.m.
- Probation Officer Carreon's oral motion to amend the judgment regarding the maximum number of monthly drug tests was granted.
- Defendant to remain released.

NOTES: