IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00072 |
| Plaintiff, | ) | |
| vs. | ) | **REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |
| CARMELITA L.G. EAY, | ) | |
| Defendant. | ) | |

On March 22, 2007, the United States Probation Office filed a Petition and supporting declaration alleging that the Defendant violated her conditions of supervised release. See Docket No. 25. Additionally, on March 29, 2007, the probation officer filed a Supplemental Declaration alleging further violations. See Docket No. 28. According to the Petition and Supplemental Declaration, the Defendant:

1. failed to perform community service;
2. failed to obtain and maintain gainful employment;
3. failed to pay restitution; and
4. failed to follow the instructions of the probation officer.

On April 10, 2007, the Defendant appeared with counsel before the Court. The Defendant neither admitted nor denied the allegations. Because the Defendant had shown some recent compliance with her conditions of supervised release, the probation officer recommended that this matter be continued for a period of six (6) months so as to better assess the Defendant's performance. The Defendant and the Government had no objection to this recommendation.

Furthermore, the probation officer requested that the Defendant's conditions regarding drug testing be modified to permit maximum of eight (8) drug tests per month, as a result of the <u>United States v. Stephens</u> ruling by the Ninth Circuit Court of Appeals. Again, the Defendant had no objection to this recommendation.

Based on the foregoing, I hereby recommend that the District Judge continue the disposition of this matter for a period of six (6) months and further modify the Defendant's conditions of supervised release to include the following provision:

> The Defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic dug tests thereafter, not to exceed eight tests per month, as directed by the probation officer.

This matter is referred to the District Judge for appropriate disposition.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 11, 2007

## **NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**