# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:  **Carmelita Leon Guerrero Eay**          Case Number: **CR 02-00072-001**

Name of Sentencing Judicial Officer:  John S. Unpingco

Date of Original Sentence:  February 6, 2003

Original Offense:  Theft, Embezzlement and Misapplication of Bank Funds by Bank Employee, in violation of 18 U.S.C. § 656.

Original Sentence:  16 months imprisonment and five years supervised release to follow. Special conditions ordered the defendant to participate in drug treatment and testing; submit to a mental health intake assessment and any recommended treatment; obtain and maintain lawful employment; pay $77,275.36 restitution; not incur any new credit charges or open additional lines of credit without the U.S. Probation Office's approval unless she is in compliance with the payment schedule; provide the U.S. Probation Office access to all financial information; perform 200 hours of community service; and pay a $100 special assessment fee. **Informational Report filed on November 9, 2004**. **Conditions modified on November 17, 2006**, to require the defendant perform 100 hours of community service as a sanction for noncompliance. **Conditions modified on February 5, 2007,** to require the defendant participate in mental health counseling; perform community service at a minimum rate of 24 hours per week; and pay restitution at a minimum monthly rate of $150.00, as a sanction for noncompliance. **Conditions modified on April 10, 2007,** to include that she refrain from any unlawful use of a controlled substance, and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter, not to exceed eight per month, as directed by the U.S. Probation Office; and a six month continuance to address violations filed on March 22, 2007 and March 29, 2007.

Type of Supervision:  Supervised Release          Date Supervision Commenced:  April 2, 2004

Assistant U.S. Attorney:  Marivic P. David          Defense Attorney:  John T. Gorman

---

**PETITIONING THE COURT**

[X]  To issue a warrant.

[ ]  To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance [All in violation of 18 U.S.C. § 3583(d)] |
|---|---|
| 1. | Failure to obtain/maintain gainful employment. |
| 2. | Failure to pay restitution. |
| 3. | Failure to follow the instructions of the probation officer. |
| 4. | Failure to report to the probation office (4/23/07; 4/30/07; 5/7/07; 5/14/07; 5/21/07) |
| 5. | Failure to report for mental health treatment counseling (5/5/07; 5/7/07; 5/12/07). |

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
*Declaration in Support of Petition,*
*Violation of Supervised Release Conditions;*
*Request for a Warrant,*
**submitted by U.S. Probation Officer Robert I. Carreon.**

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: June 6, 2007

I declare under penalty of perjury that the forgoing is true and correct.

/s/ ROBERT I. CARREON
U.S. Probation Officer

Executed on: June 6, 2007

**THE COURT ORDERS:**

☐ No Action.

☒ The Issuance of a Warrant.

☐ The Issuance of a Summons.

☐ Other.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jun 14, 2007**