# UNITED STATES DISTRICT COURT

District of _____ Guam

**FILED**
DISTRICT COURT OF GUAM
JUN 20 2007 9:10
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

CARMELITA LEON GUERRERO EAY

## WARRANT FOR ARREST

Case Number: CR-02-00072

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Carmelita Leon Guerrero Eay _____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

See Petition for Warrant for Offender Under Supervision filed on June 13, 2007

**RECEIVED**
JUN 14 2007
US MARSHALS SERVICE-GUAM

in violation of Title __18__ United States Code, Section(s) __3583(d)__

| Walter M. Tenorio | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/14/2007       Hagatna, Guam |
| Title of Issuing Officer | Date            Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

U.S. District Court, Agana, Guam.

| DATE RECEIVED 06/14/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/20/07 | TFO Eugene T. Garo | [signature] |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Carmelita Leon Guerrero Eay _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: