# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-02-00072            DATE: June 21, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Jennifer Moton      Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos      Electronically Recorded: 9:16:07 - 9:34:25
CSO: F. Tenorio / D. Quinata

**APPEARANCES:**

Defendant: Carmelita L.G. Eay      Attorney: John Gorman
    Present    Custody    Bond    P.R.      Present    Retained    FPD    CJA

U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Robert Carreon      U.S. Marshal: M. Camacho / E. Igros
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance Re Petition to Revoke Supervised Release**

- Proceedings continued to: June 27, 2007 at 1:45 p.m.
- Defendant released ordered by Court.

NOTES: