DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL CASE NO. 02-00072-001** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **CARMELITA L.G. EAY,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to June 20, 2007.

Dated this 21st day of June, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jun 21, 2007**