# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00072  DATE: June 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori  Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 2:09:08 - 2:32:22
CSO: J. McDonald / B. Pereda

**APPEARANCES:**

Defendant: Carmelita L.G. Eay  Attorney: John Gorman
   Present   Custody   Bond   P.R.     Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Robert Carreon  U.S. Marshal: D. Punzalan / T. Muna
Interpreter:  Language:

**PROCEEDINGS: Continued Hearing on Petition for Revocation of Supervised Release**
- Defendant admits to all the allegations.
- Proceedings continued to: July 9, 2007 at 9:00 a.m.

NOTES: The Court continued the matter to determine whether defendant has made any restitution payment; has made an appointment for counseling sessions; or if she has undergone any counseling sessions.