**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-02-00072  DATE: July 09, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 9:08:05 - 9:13:33
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Carmelita L.G. Eay  Attorney: John Gorman
    Present   Custody   Bond   P.R.     Present   Retained   FPD   CJA
U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Robert Carreon  U.S. Marshal: D. Punzalan
Interpreter:  Language:

**PROCEEDINGS: Continued Hearing Petition for Revocation of Supervised Release**
- Defense apprised the Court regarding defendant's counseling sessions and her efforts to secure employment.
- Proceedings continued to: August 13, 2007 at 9:00 a.m.
- Defendant to remain released.

NOTES: