ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00072 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES TO CONTINUE PRELIMINARY REVOCATION HEARING** |
| vs. ) | |
| CARMELITA L.G. EAY, ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, ANN MARIE T. MENO, by and through her attorney, John T. Gorman, Federal Public Defender, and hereby stipulate and request to continue the preliminary revocation hearing currently set for August 13, 2007, to a date convenient to the Court sometime on August 23 or 24, 2007. The parties make this request for the reason that government counsel is

//
//
//
//
//

scheduled to attend off-island training and will be unavailable during August 13 - 22, 2007. Defense counsel will be unavailable August 27 to September 25, 2007.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8/9/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

8/9/07
Date

JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant

2

Case 1:02-cr-00072   Document 46   Filed 08/09/2007   Page 2 of 2