LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00072 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CARMELITA L.G. EAY, | ) | |
| Defendant. | ) | |

Based on the Stipulation of Parties to Continue the Preliminary Revocation Hearing, filed August 9, 2007, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the continued hearing on the Petition to Revoke supervised Release, previously set for August 13, 2007, be re-scheduled to August 24, 2007, at 1:30 p.m.

**SO ORDERED** this 13th day of August 2007.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**