# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00072  DATE: August 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: None Present | Court Reporter: Wanda Miles |
| Courtroom Deputy: Peter Santos | Electronically Recorded: 1:37:24 - 2:02:48 |
| CSO: L. Ogo | |

**APPEARANCES:**

Defendant: Carmelita L. G. Eay  Attorney: John Gorman
   Present  Custody  Bond  P.R.     Present  Retained  FPD  CJA

U.S. Attorney: Marivic P. David  U.S. Agent:
U.S. Probation: Robert Carreon  U.S. Marshal: T. Muna / V. Roman
Interpreter:  Language:

**PROCEEDINGS: Continued Preliminary Revocation Hearing**

- Defense counsel advised the Court of defendant's employment status.
- Court admonished the defendant to comply with meeting dates with the Probation Officer and with the application requirements.
- Proceedings continued to: October 9, 2007 at 1:30 p.m.
- Defendant to remain released.

NOTES: