# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00072-001          DATE: October 10, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:37:33 - 9:43:36
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Carmelita L.G. Eay      Attorney: John Gorman
    Present    Custody    Bond    P.R.      Present    Retained    FPD    CJA
U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Robert Carreon      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Disposition Hearing set for: October 29, 2007 at 10:00 a.m.
- Defendant to remain released.

NOTES: