# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-02-00072          DATE: October 29, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber      Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:34:42 - 10:52:33
                                                               10:56:24 - 11:07:10

CSO: F. Tenorio

**APPEARANCES:**
Defendant: Carmelita L.G. Eay      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David      U.S. Agent:
U.S. Probation: Judy Ocampo      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Disposition of Order to Show Cause Hearing**
- Defendant admits to all the allegations.
- Court finds that the defendant did violate conditions of supervised release.
- Revocation of supervised release granted.
- Defendant sentenced to 3 months imprisonment, with a term of supervised release to follow
- Defense counsel's request for defendant to self-surrender in one week was denied.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: